RECEIVED

MAY 1 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TOMMY LEE GIBBS | CIVIL ACTION NO. 3:14-cv-0547 |
| LA. DOC #102977 | |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| WARDEN DARRELL VANNOY | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 16 day of May, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE